IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:08-cv-1547-TWP-TAB |
| | ) |
| WOCKHARDT LIMITED, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On May 27, 2010, the Court ordered Defendant Wockhardt Limited to show cause why parts of its response and opposition to Lilly's motion to compel discovery and supporting exhibits should remain under seal. [Docket No. 230.] Wockhardt admits that Exhibits 1, 2, 5, and 7 should be unsealed but requests permission to redact its response and allow Exhibits 3, 4, 6, and 8 to remain under seal. [Docket No. 254.] After reviewing Wockhardt's response and exhibits, the Court orders as follows:

- Exhibits 1, 2, 5, and 7 shall be unsealed. [Docket No. 195; Docket No. 198.]

- The Court grants Wockhardt's request to submit revised redactions to its response [Docket No. 195], but any such redactions should be kept to a minimum.[1] Wockhardt has seven days from the date of this order to submit its revised redacted response.

- The Court finds good cause to keep Exhibit 3 under seal because it contains proprietary information contained within Wockhardt's non-public ANDA and was deemed highly confidential by Lilly. [Docket No. 195.]

- The Court grants in part Wockhardt's request to keep Exhibit 4 under seal. Pages

---

[1] The Court reminds Wockhardt that it "cannot serve as a rubber stamp whenever parties wish to seal public records, but must review all requests to seal documents in light of the public interest in the judicial process." *Hager v. CSX Transp., Inc.*, No. 3:05 CV 089 RM, 2005 WL 5117469, at *3 (N.D. Ind. Dec. 6, 2005).

      Bates numbered WO-CY 00000084–00000149 contain proprietary information that may remain under seal.  However, WO-CY 00000150–00000258 consist of Wockhardt's basic cover pages with no proprietary information as well as Lilly's publicly accessible information regarding Cymbalta.  Thus, Wockhardt shall file a redacted public version of Exhibit 4 within seven days.  [Docket No. 196; Docket No. 197.]

- Wockhardt has not demonstrated good cause to keep Exhibit 6 under seal; thus, the Court orders Exhibit 6 to be unsealed.  [Docket No. 195.]

- Finally, the Court grants in part Wockhardt's request to keep Exhibit 8 under seal.  Pages 12 to 24 (clerk's pagination) contain proprietary information, but the remaining pages of this document do not.  Thus, Wockhardt shall file a redacted public version of Exhibit 8 within seven days.  [Docket No. 195.]

Dated: 07/20/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Meredith Martin Addy
BRINKS HOFER GILSON & LIONE
maddy@usebrinks.com

Matthew J. Becker
AXINN VELTROP & HARKRIDER LLP
mjb@avhlaw.com

Richard N. Bell
richbell@comcast.net

Mark Boland
SUGHRUE MION, PLLC
mboland@sughrue.com

Kenneth J. Burchfiel
SUGHRUE MION, PLLC
kburchfiel@sughrue.com

Paul R. Cantrell
ELI LILLY AND COMPANY
prc@lilly.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Roger J. Chin
Wilson Sonsini Goodrich & Rosati
rchin@wsgr.com

Joseph E. Cwik
HUSCH BLACKWELL SANDERS
WELSH & KATZ
joseph.cwik@huschblackwell.com

James Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Mark J. Dinsmore
BARNES & THORNBURG LLP
mark.dinsmore@btlaw.com

James P. Doyle
AXINN VELTROP & HARKRIDER LLP
jpd@avhlaw.com

Michael R. Dzwonczyk
SUGHRUE MION, PLLC
mdzwonczyk@sughrue.com

E. Anthony Figg
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
efigg@rfem.com

Thomas J. Filarski
BRINKS HOFER GILSON & LIONE
tfilarski@usebrinks.com

David S. Forman
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
david.forman@finnegan.com

Justin Hasford
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
justin.hasford@finnegan.com

Kandi Kilkelly Hidde
BINGHAM MCHALE LLP
khidde@binghammchale.com

Sanders N. Hillis
BRINKS HOFER GILSON & LIONE
shillis@usebrinks.com

<mark>

Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
ehunt@rmmslegal.com

Joseph A. Hynds
ROTHWELL, FIGG, ERNST, & MANBECK, P.C.
jhynds@rfem.com

Chidambaram S. Iyer
SUGHRUE MION, PLLC
ciyer@sughrue.com

Jennifer A. Johnson
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
jennifer.johnson@finnegan.com

Kelley Jo Johnson
COHEN & MALAD LLP
kjohnson@cohenandmalad.com

Glenn E. Karta
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
gkarta@rfem.com

Jennifer Koh
WILSON SONSINI GOODRICH & ROSATI
jkoh@wsgr.com

Offer Korin
KATZ & KORIN P.C.
okorin@katzkorin.com

Nelsen L Lentz
ELI LILLY & COMPANY
Lentz_Nelsen_L@Lilly.com

Howard W. Levine
FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P.
howard.levine@finnegan.com

Charles Edmund Lipsey
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
charles.lipsey@finnegan.com

Laura A. Lydigsen
BRINKS HOFER GILSON & LIONE
llydigsen@usebrinks.com

Laurie E. Martin
HOOVER HULL LLP
lmartin@hooverhull.com

Don J. Mizerk
HUSCH BLACKWELL SANDERS LLP
don.mizerk@huschblackwell.com

Alice McKenzie Morical
HOOVER HULL LLP
amorical@hooverhull.com

John D. Nell
WOODEN & MCLAUGHLIN LLP
jnell@woodmaclaw.com

Lisa N. Phillips
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
lphillips@rfem.com

Amy E. Purcell
FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P.
amy.purcell@finnegan.com

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
wrakoczy@rmmslegal.com

Renita S. Rathinam
SUGHRUE MION, PLLC
rrathinam@sughrue.com

Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
ariechers@rmmslegal.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Stacie L. Ropka
AXINN VELTROP & HARKRIDER LLP
slr@avhlaw.com

Ron E. Shulman
WILSON SONSINI GOODRICH & ROSATI
rshulman@wsgr.com

Christine J. Siwik
RAKOCZY MOLINO MAZZOCHI LLP
csiwik@rmmlegal.com

Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, L.L.P.
sanya.sukduang@finnegan.com

Joel E. Tragesser
FROST BROWN TODD LLC
jtragesser@fbtlaw.com

Linda L. Vitone
KATZ & KORIN P.C.
lvitone@katzkorin.com

Anuj K. Wadhwa
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
awadhwa@rmmslegal.com

Maureen E. Ward
WOODEN & MCLAUGHLIN LLP
mward@woodmaclaw.com

Sally F. Zweig
KATZ & KORIN P.C.
szweig@katzkorin.com