# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    **Plaintiff,**<br><br>    v.<br><br>WOCKHARDT LIMITED, et al.,<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:08-cv-1547-TWP-TAB<br>)<br>)   **CONFIDENTIAL - SUBJECT TO**<br>)   **PROTECTIVE ORDER**<br>)<br>) |

## REPLY EXPERT REPORT OF DAVID E. NICHOLS

I am the same David E. Nichols who submitted a rebuttal expert report on November 3, 2010. I have been asked by Plaintiff Eli Lilly and Company ("Lilly") to submit this reply report to respond to the new arguments raised in the reply reports of Dr. Williams and Dr. Fortunak. The opinions expressed below are based on my background and experience, the publications I reviewed, and the information available to me to date. I reserve the right to modify or expand my opinions based on any new information and in response to additional discovery, reports, and testimony.

### I.      Selection of a Lead Compound

1.      Drs. Williams and Fortunak both assert that I stated "because of the variability of the data presented for the compounds in [the Molloy '895] tables, selection of a lead compound or compounds would have been impossible, and that, as a result, [Drs. Williams' and Fortunak's] selection criteria were somehow 'unclear.'" (Fortunak Reply Report at ¶ 9; Williams Reply Report at ¶ 7.) That is not accurate. Initially, I did not say that it would be "impossible" to select a lead compound from the tables in Molloy. I stated that it is my opinion that if one were to consider only the Molloy '895 patent in selecting a lead compound in 1986, fluoxetine would be

**Exhibit 6**

a logical choice. (Nichols Rebuttal Report at ¶ 53.) In my rebuttal report, I explain in detail why that is so. Further, I specifically stated in my rebuttal report that the criteria used by Dr. Fortunak to select a compound was unclear *because* nowhere in Dr. Fortunak's opening report did he explain how he selected a lead compound or why a skilled artisan would be motivated to select any of the compounds he identified. (*See* Nichols Rebuttal Report at ¶ 50.) Dr. Fortunak simply selected Compound A, Compound B, fluoxetine, nisoxetine, and atomoxetine, without providing any support for his selection. As I mentioned in my rebuttal report, "Compound A was *not* even identified in the Molloy '895 patent, and there are *no* biological data disclosed for this compound." (*Id.* at ¶ 49.) Each of the remaining compounds has completely different activities. (*Id.* at ¶ 48.) Fluoxetine and Compound B are selective for serotonin reuptake inhibition, whereas nisoxetine and atomoxetine are selective norepinephrine reuptake inhibitors. (*Id.* at ¶¶ 57 & n.2, 61.) If, as Drs. Williams and Fortunak assert, the skilled artisan were motivated to develop dual reuptake inhibitors, a premise with which I disagree, they have not explained why a skilled artisan would choose a *selective* monoamine reuptake inhibitor as a lead compound out of the 41 compounds identified in Tables 1 and 2 of the '895 patent when other of those same 41 compounds were reported to have both serotonin and norepinephrine activity. Moreover, if a skilled artisan would be motivated to select an SSRI like fluoxetine, then other SSRIs known as of 1986, such as zimelidine, paroxetine, fluvoxamine, citalopram, sertaline, and indalpine, would also be equally valid choices as lead compounds. (*See, e.g.*, Nichols Rebuttal Report at ¶ 38.)

  2.  Dr. Fortunak also states in paragraph 8 of his reply report that he previously stated that the 41 compounds actually identified in Tables 1 and 2 of the '895 patent "are the ones the inventors considered important and would be considered for their teachings about the data

2

*Confidential - Subject to the Protective Order*

**Exhibit 6**

presented for each compound." (Fortunak Reply Report at ¶ 8.)  Dr. Fortunak never made such a

statement in his opening report; Dr. Williams did.  (Williams Opening Report at ¶ 60.)  To the

extent Dr. Fortunak adopts Dr. Williams' statement, it further establishes that Dr. Fortunak's

selection of Compound A as a lead compound is based purely on hindsight, as Compound A is

not identified in either Table 1 or 2 of the '895 patent, nor is it identified anywhere else in the

'895 patent or the prior art.

     3.    In his report, Dr. Fortunak also states that I "suggest that it is literally impossible

to arrive at highly active molecules." (Fortunak Reply Report at ¶ 12.)  That is not what I stated

in my rebuttal report.  Rather, it is my opinion that it is nearly impossible to predict in advance

what effect structural changes will have on a compound's resulting activity.  (*See* Nichols

Rebuttal Report at ¶¶ 45, 105, 112-113, 137-138.)  In fact, in Wong et al., "dl-N-Methyl-3-(o-

Methoxyphenoxy)-3-Phenylpropylamine Hydrochloride, Lilly 94939, A Potent Inhibitor For

Uptake of Norepinephrine Into Rat Brain Synaptosomes and Heart," *Life Sciences*, vol. 17, pp.

755-760 (1975) ("Wong 1975"), cited by Drs. Williams and Fortunak (Williams Reply Report at

¶ 12; Fortunak Reply Report at ¶ 17), Dr. Wong states that "a subtle change in structure in the

phenoxyphenylpropylamine has led to a drastic change in selectivity toward the 'amine pumps.'"

(Wong 1975 at 760.)  That is another example of how small structural changes can make a huge

difference in the properties of the resulting molecule that would not have been predictable.

     4.    Dr. Fortunak states in his section directed to selection of a lead compound that

"[d]rug discovery teams use lead compounds to summarize available knowledge and to represent

the functional components of a target that might profitably be varied to arrive at promising drug

candidates." (Fortunak Reply Report at ¶ 11.)  A lead compound is not a "summary" of

"available knowledge."  It is only a starting point and does not necessarily represent "the

3

*Confidential – Subject to the Protective Order*

**Exhibit 6**

functional components of a target." A lead compound may be identified because it exhibits properties that serve as a basis for further research (the result of which cannot be predicted in advance). This research entails modifications of the lead compound in the hope of further elucidating what elements may contribute to improvements in the properties exhibited.

5.      Drs. Williams and Fortunak state that I agree that fluoxetine is a logical choice for a lead compound. (Fortunak Reply Report at ¶¶ 4, 35; Williams Reply Report at ¶ 5.) To be clear, I indicated that fluoxetine would be a lead compound "if a skilled artisan had narrowed his or her focus only to the compounds disclosed in the Molloy '895 patent." (Nichols Rebuttal Report at ¶ 53.) As I stated earlier in my rebuttal report, I do not think one of skill in the art would have limited himself only to the '895 patent. (*Id.* at ¶¶ 39-40.) Instead, as I stated in my rebuttal report, the thrust of the industry at the time was to focus on compounds that were selective for serotonin reuptake inhibition and not only those described in the Molloy '895 patent. Further, I never stated that the SSRI compounds being developed in the art in the mid-1980s were "blockbuster" drugs or even marketed at the time as Dr. Fortunak contends, but that they were the clear focus of development efforts at the time. (*See* Fortunak Reply Report at ¶ 14.)

6.      Dr. Fortunak states a skilled artisan in 1986 would not focus on improving the SSRI properties of fluoxetine but instead would focus compounds with "new and better pharmacological profiles." (*Id.* at ¶ 14.) Dr. Fortunak, however, cites nothing to show that a dual reuptake inhibitor would be considered to have a "better pharmacological profile" in 1986. In fact, all the evidence suggests that the art was focused on selective reuptake compounds in 1986. (*See, e.g.*, Nichols Rebuttal Report at ¶¶ 37-40.)

7.      If one were to focus solely on the Molloy patent, as done by Drs. Williams and

4

**Exhibit 6**

Fortunak, then Drs. Williams and Fortunak's selection of Compound B, fluoxetine, nisoxetine, and atomoxetine is puzzling based on other comments made by them in their opening and reply reports. Dr. Fortunak states in paragraph 39 that many compounds in the '895 patent "inhibited reuptake of both serotonin and norepinephrine." (Fortunak Reply Report at ¶ 39.) If that is so, why then did Dr. Fortunak not select any of these compounds with desirable activity against norepinephrine and serotonin reuptake as a lead compound if one were looking for dual activity, as both Drs. Williams and Fortunak argue? In that regard, Dr. Fortunak states that LY86032 (an unsubstituted phenyl analog), disclosed in Table 2 of the '895 patent (col. 12, line 60), is a "highly potent balanced reuptake inhibitor, which would have been sought in 1986 by a person of skill in the art seeking to develop an improved antidepressant compound." (Fortunak Reply Report at ¶ 42.) Again, if as of 1986 skilled artisans were looking for balanced dual reuptake inhibitors, and given Dr. Fortunak's characterization of this compound, there is no reason why Dr. Fortunak did not select this compound as a lead as opposed to Compound B, fluoxetine, nisoxetine, or atomoxetine. If LY86032 was chosen as a lead, neither Dr. Williams nor Dr. Fortunak provide any reason why a skilled artisan would make the necessary modifications to that compound to arrive at the structure of duloxetine.

## II.   No Motivation to Develop a Dual Reuptake Inhibitor in 1986

8.      Although Drs. Williams and Fortunak state that I provide no support for my opinion that as of 1986, skilled artisans were focusing on SSRIs (Williams Reply Report at ¶ 10; Fortunak Reply Report at ¶ 15), they ignore paragraphs 38-40 of my rebuttal report pointing out that a number of SSRI compounds were developed and tested in the late 1970s and 1980s and supporting my opinion that the state of the art in 1986 focused on selective serotonin reuptake inhibitors. (Nichols Rebuttal Report at ¶¶ 38-40.) In contrast, neither point to any dual serotonin and norepinephrine reuptake inhibitors developed during this same time period nor do they cite

5

*Confidential – Subject to the Protective Order*

**Exhibit 6**

any reference showing a clear preference for dual serotonin and norepinephrine reuptake inhibitors in the mid-1980s. (*See, e.g.*, Williams Reply Report at ¶¶ 4-26; Fortunak Reply Report at ¶¶ 13-30.)

9.     In support of their opinion that a skilled artisan would not focus on developing an SSRI, Drs. Williams and Fortunak rely on seven articles reporting research conducted by Dr. Wong and Lilly. (Williams Reply Report at ¶¶10-20; Fortunak Reply Report at ¶¶ 15-25.)  In fact, Dr. Wong is an author on six of the seven cited articles.  Drs. Williams and Fortunak cite no references from any other group conducting research on antidepressants in the 1980s.  This narrow focus on the work conducted by Dr. Wong and Lilly does not reflect the full scope of research conducted by those skilled in the art during the 1980s to develop new antidepressants. Nevertheless, I have reviewed all of these references and disagree that they support an opinion that a skilled artisan would seek to develop a dual serotonin and norepinephrine reuptake inhibitor in 1986.  In fact, Drs. Williams and Fortunak appear to misrepresent the scope and purpose of the cited papers.

10.     For example, Drs. Williams and Fortunak cite Wong et al. "Effect of Nisoxetine on Uptake of Catecholamines in Synaptosomes Isolated From Discrete Regions of Rat Brain," *Biochemical Pharmacology*, vol. 25, pp. 1979-1983 (1976) ("Wong et al. 1976") to support that "NSRIs and dual uptake inhibitors had been explored extensively by 1986.[1]" (Fortunak Reply Report at ¶15; *see also* Williams Reply Report at ¶ 10.)  That is wrong.  In this paper, Dr. Wong

---

[1] Drs. Williams and Fortunak appear to use conflicting acronyms to designate compounds with selective norepinephrine reuptake activity and dual serotonin and norepinephrine reuptake activity, referring to selective norepinephrine reuptake inhibitors as both "SNRIs" and "NSRIs". From context, I have assumed that "NSRI" refers to selective norepinephrine reuptake inhibitors in this paragraph.  I will use the more widely accepted abbreviation "SNRI" to indicate dual serotonin and norepinephrine reuptake inhibitors.  To my knowledge, there is no widely accepted abbreviation for selective norepinephrine reuptake inhibitors.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

never said anything about dual reuptake inhibitors. Drs. Williams and Fortunak also state that

Wong et al. 1976 indicates that fluoxetine and nisoxetine are the "most interesting" in the series.

(Williams Reply Report at ¶ 10; Fortunak Reply Report at ¶ 15.)  To be more precise, Dr. Wong

stated that nisoxetine and fluoxetine were "most interesting" as "*selective inhibitors* of

monoamine uptake." (Wong et al. 1976 at 1982 (emphasis added).)  This article is consistent

with my opinion that the art was looking to selective reuptake inhibitors and certainly does not

support Drs. Williams and Fortunak's view that the industry, including Lilly's scientists, was

looking for dual reuptake inhibitors.

       11.     Drs. Williams and Fortunak also cite Wong et al. 1976 to support their opinion

that fluoxetine's $p$-CF$_3$ group was not required.  (Williams Reply Report at ¶ 13; Fortunak Reply

Report at ¶ 18.)  I fail to see how this reference, which describes nisoxetine as having

*norepinephrine* reuptake inhibition properties similar to the TCA desipramine, indicates

anything about fluoxetine's $p$-CF$_3$ group.  That nisoxetine was effective at blocking the reuptake

of norepinephrine has no impact on whether fluoxetine's $p$-CF$_3$ substituent was necessary for

fluoxetine's activity.

       12.     Drs. Williams and Fortunak cite Wong et al. 1975 as support for the fact that

nisoxetine was known to inhibit the reuptake of norepinephrine.  (Williams Reply Report at ¶ 12;

Fortunak Reply Report at ¶ 17.)  Although nisoxetine was known as a selective norepinephrine

reuptake inhibitor, I do not see how these statements support their opinion that a skilled artisan

would seek to develop a dual reuptake inhibitor.  Moreover, this paper states that "a subtle

change in structure in the phenoxyphenylpropylamine has led to a drastic change in selectivity

toward the 'amine pumps.'" (Wong 1975 at 760.)  With such "subtle changes" in structure

leading to "drastic changes" in selectivity, one of skill in the art could not reasonably predict the

*Confidential – Subject to the Protective Order*

**Exhibit 6**

effect on biological activity that would result by the modifications proposed by Drs. Fortunak and Williams. Additionally, I note that at least by 1983, it was known that clinical development of nisoxetine had been halted "due to toxicity before its antidepressant potential could be assessed." (Malick, "Potentiation of Yohimbine-Induced Lethality in Mice," *Drug Dev. Res.*, vol. 3, pp. 357-363 (1983) at 361.)

13.    At most, these references indicate that the *o*-methoxy substituent of nisoxetine confers the compound's selective ability to inhibit the reuptake of norepinephrine.[2] If a skilled artisan were looking for a lead compound that possessed norepinephrine reuptake inhibition activity, then nisoxetine with its *o*-methoxy group could be a logical starting point. And in this case, a skilled artisan, having the Wong et al. 1975 and 1976 papers in hand, would not remove the *o*-methoxy group, as that group imparts the properties leading to the selection of nisoxetine in the first instance. For the same reason, one of ordinary skill would not remove the $CF_3$ group from fluoxetine if he wanted to maintain the selective ability to inhibit the reuptake of serotonin. Moreover, nisoxetine, with its *o*-methoxy group, is still far removed from the chemical structure of duloxetine.

14.    Next, Drs. Williams and Fortunak cite Fuller et al., "Inhibition of Serotonin Reuptake," *Federation Proceedings*, vol. 36, pp. 2154-2158 (July 1977) ("Fuller 1977"), stating that it "describe[s] the dual uptake characteristics of TCAs in detail, in comparison with

---

[2] Drs. Williams and Fortunak also cite Wong et al., "Inhibition of Serotonin Uptake by Optical Isomers of Fluoxetine," *Drug Dev. Res.*, vol. 6, pp. 397-403 (1985), stating that "the authors compare uptake characteristics of fluoxetine (an SSRI) and tomoxetine ([a selective norepinephrine reuptake inhibitor]), based on a difference in structures." (Williams Reply Report at ¶ 19; Fortunak Reply Report at ¶ 24.) This reference indicates that the different biological activities of fluoxetine and tomoxetine are a result of their different structures. Similar to their other references to Dr. Wong's work on selective inhibitors, I do not agree that this paper supports that a person of ordinary skill in the art would seek to develop a dual reuptake inhibitor in 1986.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

fluoxetine and nisoxetine" (Williams Reply Report at ¶ 11; Fortuank Reply Report at ¶ 16) and thus "making clear that Dr. Wong and his coworkers were interested not just in fluoxetine, and not just in SSRIs." (Williams Reply Report at ¶ 14; Fortunak Reply Report at ¶ 19.)  The whole focus of the article, confirmed by its title, is on the inhibition of serotonin reuptake.  Although the article mentions compounds with certain activity against norepinephrine and serotonin, the focus is on serotonin and does not suggest the desirability of looking for new dual inhibitors.  In fact, the compounds set forth in the article were included because of their ability to inhibit serotonin reuptake.  The title of Figure 2 states "Structures of some inhibitors of serotonin uptake."  Further, and contrary to Drs. Williams' and Fortunak's claim, this paper does not discuss the characteristics of TCAs "in detail." (Williams Reply Report at ¶ 11; Fortunak Reply Report at ¶ 16.)  It provides some information on TCA compounds, focusing on their ability to inhibit the reuptake of serotonin. (*See* Fuller 1977 at 2155-56.)  There is clearly no suggestion in this article that "dual" inhibitors are desirable and preferred.[3]  Finally, it is improper to characterize TCAs as "dual inhibitors," as it was well known that these compounds demonstrate activity beyond inhibition of serotonin and norepinephrine reuptake.

15.    Drs. Williams and Fortunak next cite Wong et al., "A New Inhibitor of Norepinephrine Uptake Devoid of Affinity for Receptors in Rat Brain," *J. Pharmacology and Experimental Therapeutics*, vol. 222, pp. 61-65 (1982) ("Wong 1982") and Fuller et al., "Antagonism by Tomoxetine of the Depletion of Norepinephrine and Epinephrine in Rat Brain by α-Methyl-m-Tyrosine," *Research Communications*, vol. 41, pp. 168-172 (July 1983) to indicate that tomoxetine was known as a selective norepinephrine reuptake inhibitor and was

---

[3] Drs. Williams and Fortunak attribute several identical quotes to this 1977 Fuller paper. (Williams Reply Report at ¶ 15; Fortunak Reply Report at ¶ 20.)  I cannot, however, locate any of the quoted material in this paper.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

thought to have potential as an antidepressant. (Williams Reply Report at ¶¶ 16, 18; Fortunak Reply Report at ¶¶ 21, 23.)  I agree that tomoxetine was known as a selective norepinephrine reuptake inhibitor.  I do not agree with Drs. Williams and Fortunak that this fact supports their opinion that a skilled artisan would be motivated to develop a dual reuptake inhibitor.

16.    Finally, Drs. Williams and Fortunak cite Fuller et al., "Effects of Antidepressants On Uptake and Receptor Systems in the Brain," *Prog. Neuro-Psychopharmacol. & Biol. Psychiat.*, vol. 9, pp. 485-490 (1985) ("Fuller et al. 1985') to support their statement that "researchers in the industry by 1985 were actively seeking to develop antidepressants with improved properties, based on classes of known compounds other than SSRIs." (Fortunak Reply Report at ¶ 25; Williams Reply Report at ¶ 20.)  Although there may have been a large number of known compounds that could serve as lead compounds in the search for a new antidepressant, this article indicates that "[i]nitially most uptake inhibitors were nonselective, but many of the newer compounds currently being developed as antidepressant drugs are selective." (Fuller et al. 1985 at 486.)  This article, published in 1985, supports my opinion that antidepressant drug research in the mid-1980s was focused on developing selective reuptake inhibitors.

17.    Drs. Williams and Fortunak also cite several internal Lilly documents to show that Dr. Wong was interested in potential antidepressants that were not SSRIs. (Williams Reply Report at ¶ 22; Fortunak Reply Report at ¶¶ 27-28.)  I disagree that Dr. Wong's research interests, as expressed in documents not available to the public, reflect the overall state of antidepressant drug research in the mid-1980s. ████████████████████

████████████████████████████████████
████████████████████████████
██  ██████████████████████████

*Confidential - Subject to the Protective Order*

**Exhibit 6**



20.     Dr. Fortunak argues that fluoxetine's commercial viability was unproven and the selective norepinephrine reuptake inhibitors atomoxetine and nisoxetine had already been studied. (Fortunak Reply Report at ¶¶ 36-37.)  Dr. Fortunak then leaps to the conclusion that Lilly would not want to develop a new SSRI or selective norepinephrine inhibitor.  (*Id.*)  Therefore, Dr. Fortunak argues, "there did exist considerable motivation to develop new compounds with the dual ability to inhibit the reuptake of both serotonin and norepinephrine."

11

*Confidential - Subject to the Protective Order*

**Exhibit 6**

(*Id.* at ¶ 38.)

21.    I disagree with Dr. Fortunak's sweeping rejection of selective reuptake inhibitors as an area of interest in the mid-1980s.  I note that the "low estimate of the size of the commercial market" that Dr. Fortunak cites was proposed in 1975 and would not have reflected the understanding of the antidepressant market in the mid-1980s.  (*Id.* at ¶ 36, citing CY01681626.)  Additionally, by the mid-1980s there were a number of SSRI compounds reported in development and widespread interest in this new class of antidepressants.  (*See* Nichols Rebuttal Report at ¶¶ 38-40.)  As mentioned in my rebuttal report, as of 1986, the focus of the industry was on selective compounds, particularly SSRIs.  Dr. Fortunak does not cite anything establishing that either Lilly or the art as a whole were not focusing on selective agents as of 1986.

22.    Neither Dr. Fortunak nor Dr. Williams cite a single contemporaneous reference that states a desire to develop dual serotonin and norepinephrine reuptake inhibitors.  In my opinion, Dr. Fortunak and Dr. Williams rely on hindsight and nonpublic information from Dr. Wong, a named inventor, to find that there was a motivation to develop dual reuptake inhibitors in 1986.

23.    As stated in my rebuttal report, it is my opinion that a skilled artisan in 1986 would look to develop a new SSRI as an antidepressant.  Although Drs. Williams and Fortunak rely on the research of Lilly and Dr. Wong to support their opinion that a person of skill in the art

*Confidential - Subject to the Protective Order*

**Exhibit 6**

would develop dual reuptake inhibitors, none of the references they rely on identify any preference for dual reuptake inhibitors in 1986. Thus, my opinion remains the same that a person of skill in the art would seek to develop a new SSRI in 1986.

## III. No Motivation to Select Lead Compounds Suggested by Drs. Williams and Fortunak

24. In response to Drs. Fortunak and Williams' selection of Compound A as a lead compound, I refer back to paragraphs 69-79 in my rebuttal report, to which they have no response in their reply reports.

25. In seeking to justify their opinion that Compound B would be selected as a lead compound, Drs. Williams and Fortunak attempt to explain why they ignored the reserpine- and apomorphine-induced hypothermia antagonism data in the '895 patent. (Williams Reply Report at ¶¶ 47-53; Fortunak Reply Report at ¶¶ 49-54.) First, they argue that fluoxetine did poorly in these tests and that "Lilly had not allowed this lack of activity to deter the development of fluoxetine." (Fortunak Reply Report at ¶ 50; *see also* Williams Reply Report at ¶ 49.) I disagree that the success of fluoxetine would lead a skilled artisan to ignore the data for Compound B. Unlike Compound B, there were significant other data publicly available to support the efficacy of fluoxetine as an antidepressant.[4] The only publicly available data describing the activity of Compound B, however, were contained in the disclosure of the '895 patent. In my opinion, a skilled artisan would not ignore the only data available for Compound B in determining whether it should be selected as a lead compound.

26. Drs. Williams and Fortunak argue that reserpine- and apomorphine-induced

---

[4] Similarly, Drs. Williams and Fortunak argue that tomoxetine was not the best compound in these tests and yet Lilly continued to develop the compound. (Williams Reply Report at ¶ 50; Fortunak Reply Report at ¶ 51.) Like fluoxetine, other data were available to indicate tomoxetine's activity as a potential antidepressant. I do not believe that this fact would cause a person of ordinary skill in the art to ignore the data presented for Compound B.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

hypothermia antagonism data were of little predictive value because they were associated

primarily with norepinephrine activity. (Williams Reply Report at ¶¶ 48, 53; Fortunak Reply

Report at ¶¶ 52, 54.)  I do not agree that this knowledge would motivate a skilled artisan to

disregard these data for Compound B.  Bourin et al., "The Value of the Reserpine Test in

Psychopharmacology," *Drug Res.*, vol. 33, 1173-1176 (1983), cited by both Drs. Williams and

Fortunak, states that "[d]espite the great number of tests proposed to demonstrate an

antidepressive action in animals, the reserpine test remains one of the most used.  This choice

seems to be justified mainly by the fact that all classic imipramine-like antidepressants and MAO

I are selected by this test as are most of the new antidepressant drugs." (*Id.* at 1174.)  Therefore,

a skilled artisan would not unilaterally dismiss the data in Table 5 but instead would consider the

entire disclosure of the '895 patent in deciding whether to select Compound B as a lead

compound.

27.     Moreover, to the extent these tests are primarily associated with norepinephrine

activity, Compound B's inactivity in these assays further establishes that Compound B is

selective for serotonin and not a dual reuptake inhibitor.  Thus, the selection of Compound B is

contrary to Drs. Williams and Fortunak's assertion that a person of ordinary skill would be

looking to dual inhibitors as lead compounds, which further confirms my opinion that Compound

B was proposed as a lead using hindsight reasoning.

28.     Drs. Williams and Fortunak argue that I "confirm that IC50 data are sufficiently

probative of a compound's norepinephrine and serotonin reuptake ability." (Williams Reply

Report at ¶ 51; Fortunak Reply Report at ¶ 53.)  Although IC50 values provide useful

information about the ability of a compound to inhibit the reuptake of serotonin and

norepinephrine, I do not agree that a skilled artisan would ignore other data available in the '895

14

*Confidential – Subject to the Protective Order*

**Exhibit 6**

patent in selecting a lead compound. It is my understanding that for considerations of obviousness, the prior art must be considered as a whole. Considering the '895 patent as a whole (the only reference providing any information about Compound B), a skilled artisan would look to all data available included therein with respect to Compound B before selecting it as a lead compound. In my opinion, the negative results of the reserpine and apomorphine tests would discourage selecting Compound B as a starting point for further investigation.

29.     Dr. Williams disagrees with my opinion that a person of ordinary skill in the art would be deterred from selecting a compound with dopamine reuptake inhibition activity because of the possible side effects of dependence liability and addiction. (Williams Reply Report at ¶ 45.) Dr. Williams states that "there may not be a simple answer" to what the exact effect of inhibiting any monoamine (serotonin, norepinephrine, or dopamine) may have. (*Id.*) I agree that the exact side effects from administering any compound are unpredictable. Dr. Williams states, without citing any support, that I "appear to be applying current theories of DA and dependence liability in [my] thinking that were unknown prior to 1985." (*Id.*) I disagree. The potential for dependence liability and addiction from inhibiting the reuptake of dopamine were recognized by 1986. (*See, e.g.*, Dackis and Gold, "New concepts in cocaine addiction: the dopamine depletion hypothesis," *Neurosci. Biobehav. Rev.* vol. 9, pp. 469-477 (1985).)

30.     Dr. Williams further states that using my criteria of "rejecting compounds with DA activity" then "nisoxetine and tomoxetine should be rejected as lead compounds because both are strong inhibitors of DA uptake." (*Id.* at ¶ 46.) Initially, I never suggested that nisoxetine or tomoxetine should be selected as lead compounds. In addition, the '895 patent clearly shows a preference for fluoxetine, which is very selective for serotonin with almost no

*Confidential - Subject to the Protective Order*

**Exhibit 6**

activity toward dopamine.[5]

## IV.    No Motivation to Make Proposed Structural Changes to Lead Compounds

31.      Dr. Fortunak mischaracterizes my discussion of possible structural modifications
and accuses me of a "cautiously avoid[ing]" reference to a 2-thienyl group. (Fortunak Reply
Report at ¶¶ 45-46; *see also* Williams Reply Report at ¶¶ 35-36.) Dr. Fortunak has
misunderstood the statements in my rebuttal report. It was Dr. Fortunak who, using hindsight,
suggested only those modifications that would lead to duloxetine, and I was responding to his
artificially narrow focus by suggesting those modifications that a skilled medicinal chemist
would consider *other than* the 2-thienyl group proposed by Dr. Fortunak. (Nichols Rebuttal
Report at ¶¶ 107-111.)

32.      Dr. Fortunak also incorrectly states that I "suggest[] that replacement of the 3-
phenyl group with a 3-thienyl group would be an obvious course of action for a person of
ordinary skill in the art in 1986." (Fortunak Reply Report at ¶ 33.) That is a gross
mischaracterization. In my rebuttal report, I stated that before one would even consider a
potential isosteric substitution for the 3-phenyl group, a skilled artisan would try *five* other
categories of modifications. (*See* Nichols Rebuttal Report at ¶ 108.) These are the modifications
that I believe one skilled in the art would have attempted in 1986. If, however, a skilled artisan
would "focus only on potential bioisosteric substitutions on fluoxetine," I specifically stated that
"the options for modification are nearly limitless, leading to countless possible compounds that
could be constructed." (*Id.* at ¶ 110.) Finally, if one were to focus only on replacing the 3-

---

[5] Dr. Williams also states that the dopamine reuptake inhibitor bupropion also has exhibited no
dependence liability or addiction properties, citing Ferris et al., "Some neurochemical properties
of a new antidepressant, bupropion hydrochloride," *Drug Dev. Res.* vol. 1, pp. 21-35 (1981).
(Williams Reply Report at ¶ 46.) Regardless of bupropion's clinical efficacy, in my opinion, a
skilled artisan would still take into consideration a compound's interaction with dopamine
reuptake in determining whether to select it as a lead compound.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

phenyl group with potential isosteric substitutions (a hypothesis with which I do not agree), then in paragraph 111 of my rebuttal report, I listed potential modifications *other* than the 2-thienyl group focused on by Dr. Fortunak. In no way in my rebuttal report did I indicate that the 3-thienyl group was an *obvious* choice. (*Id.* at ¶ 111.)

33.     In paragraph 34 of Dr. Fortunak's reply report, Dr. Fortunak states that I provided no explanation as to why the α-naphthyl group should not be included as a possible substitution for the phenoxy group. Dr. Fortunak has misread my report. I stated that "The 'Molloy core structure' of a substituted aryloxyphenylpropanamine would provide ample opportunity for alternative modifications, including at least: adding substitutions to the fixed phenyl ring attached to the 3-carbon; and replacing other aryl groups at the 3-aryloxy group *not included in the genus of the Molloy '895 patent*." (Nichols Rebuttal Report at ¶ 92 (emphasis added).) Because the α-naphthyl group is included in the genus of Molloy, I did not include it in my list.

34.     Dr. Fortunak disagrees with my opinion that there were structural modifications that a skilled artisan would have attempted other than the limited choices he provided in his opening report. (Fortunak Reply Report at ¶ 31.) Initially, I note Dr. Fortunak states in his reply report that "[d]rug discovery teams deliberately prepare compounds with a wide range of structural diversity, so as to maximize the likelihood at arriving at the best drug candidates." (*Id.* at ¶ 11.) Dr. Fortunak further states, however, that "most of [the modifications I suggested] had already been carried out and were published by 1986," and cites several references where these modifications were made. (*Id.* at ¶ 31.) I disagree that these references indicate that a skilled artisan would forego all of the possible modifications I suggested in my rebuttal report. I address each reference Dr. Fortunak cites below:

- Dr. Fortunak cites U.S. Patent No. 3,106,564, which claims ethylamine analogues, to support his opinion that the propylamine chain had already been lengthened or

*Confidential – Subject to the Protective Order*

**Exhibit 6**

shortened. I disagree. This patent merely discloses ethylamine compounds with unsubstituted phenyl groups. There remain ample opportunities to modify such a structure by, for example, adding substitutions on the phenyl groups. Dr. Fortunak cites no reference to indicate that lengthening the alkyl chain had been done. As admitted by Dr. Fortunak, U.S. Patent No. 2,683,742 is "not the same" structure as the Molloy core structure. Dr. Fortunak also does not challenge that lengthening the alkyl chain would be a reasonable modification.

- Dr. Fortunak cites U.S. Patent No. 4,296,126 to support his opinion that substitutions to the 3-phenyl ring had already been tried. I disagree. This patent suggests only three halogen substitutions to the 3-phenyl ring. This limited list does not exhaust the possible substitutions that could be made to the 3-phenyl ring.[6]

- Dr. Fortunak cites the Molloy '895 patent to support his opinion that substitutions at the 1 or 2 carbon had already been made. I disagree. The '895 patent only allows for a methyl substitution at the 1 or 2 carbon. Further, I disagree with Dr. Fortunak that there were "examples given in the Molloy '895 patent." The methyl substitutions were only suggested in the generic disclosure and no compounds were synthesized or tested in Tables 1 or 2 with these substitutions. A skilled artisan would be aware of the substantial number of other substitutions that could be made at these positions, including moving the aryl groups from the 3 carbon.

- Dr. Fortunak cites the '895 patent, the '126 patent, and three articles by Yoshida et al. to support his opinion that various substitutions to the aryloxy group, presumably including disubstitutions, had already been tried. I disagree.

  - Tables 1 and 2 of the '895 patent, for example, include only two examples of a disubstituted phenoxy group: 2,4-difluorophenoxy and 4-fluoro-o-tolyl.

  - The '126 patent suggests only a limited number of substitutions to the phenoxy group (chlorine, bromine, $CF_3$, methyl, methoxy, nitro, amino, and acetamido).

  - Finally, the three articles by Yoshida are of limited relevance because they disclose only two compounds that are propylamines with methyl substitutions on the terminal amine. Most of the remaining compounds in these articles incorporate the terminal amine into a cyclic structure, which is not described in Molloy. Further, these articles include only methyl or chlorine substitutions on the phenoxy group.

  - In my opinion, these narrow and limited suggestions do not exhaust the possible substitutions a skilled artisan would consider.

---

[6] Dr. Fortunak cites "the '510 patent" but does not provide a full citation. He, however, states that this is admittedly "not the same" structure. (Fortunak Reply Report at ¶ 31.)

*Confidential - Subject to the Protective Order*

**Exhibit 6**

- Dr. Fortunak cites a 1973 Yoshida et al. article to support his opinion that different substitution patterns on the amine nitrogen had already been tried. I disagree. This Yoshida et al. article does not include any substitutions on the phenyl groups. In my opinion, a skilled artisan would recognize the ample opportunity to further explore combinations of substitutions at the amine nitrogen and phenyl groups.

35.     Drs. Williams and Fortunak state that a skilled artisan would not modify the '895 patent core structure by varying the substitution pattern of the phenyl group at the 3-position because Dr. Wong "already tried this . . . and found that placement of the p-CF$_3$ group . . . on the phenyl ring in the para position significantly decreased 5HT reuptake inhibition activity relative to fluoxetine," citing Wong et al., "A New Selective Inhibitor for Uptake of Serotonin Into Synaptosomes of Rat Brain: 3-(p-Trifluoromethylphenoxy)-N-Methyl-3-Phenylpropylamine," *J. Pharm. Exp. Therapeutics*, vol. 193, pp. 804-811 (1975).[7]   (Williams Reply Report at ¶ 30; Fortunak Reply Report at ¶ 40.) I disagree. The p-CF$_3$ group was the only substituent on the 3-phenyl group Dr. Wong reported in this article. (Wong et al. 1975 at 806, Table 1.) There remain numerous possible substitutions, other than the p-CF$_3$ group, that a skilled artisan would consider in modifying the 3-phenyl group.

36.     Drs. Williams and Fortunak disagree with my opinion that one would not remove the p-CF$_3$ group from fluoxetine if this compound was chosen as a lead. To support their opinion that the p-CF$_3$ group on the phenoxy group of fluoxetine would not be retained by a skilled artisan, Drs. Williams and Fortunak cite a number of references describing the activity of other phenoxy substituents. (Williams Reply Report at ¶¶ 32-33; Fortunak Reply Report at ¶¶ 42-43.) Contrary to their assertions, fluoxetine's unique properties were thought to be linked to its p-CF$_3$ substituent on the phenoxy group. (Wong et al. 1975 at 810.) In my opinion, selecting a lead

---

[7] Both Drs. Williams and Fortunak state that I fail to cite this Wong et al. 1975 article. (Williams Reply Report at ¶ 30; Fortunak Reply Report at ¶ 40.) That is not correct. In fact, I relied on this reference in ¶ 96 of my rebuttal report to indicate the recognition of the art that the p-CF$_3$ substituent of fluoxetine was thought to be critical to its activity.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

compound and then modifying it to remove the unique attributes that led to its selection in the first instance would not be rational.

37.     Drs. Williams and Fortunak state that my report is inconsistent because I stated that the $CF_3$ group would not be removed but also stated "in paragraph 92 that the aryloxy group could be replaced with various heterocyclic groups." (Williams Reply Report at ¶ 31 (emphasis removed); Fortunak Reply Report at ¶ 41 (emphasis removed).) That is not true. The statements I made in ¶ 92 concerned my opinion that the Molloy core structure was not "exhausted," as Drs. Williams and Fortunak had suggested. (Nichols Rebuttal Report at ¶ 92.) That is not inconsistent with my opinion that a person of skill in the art would not remove the $CF_3$ group from fluoxetine.

38.     I disagree with Drs. Williams and Fortunak that Lilly "removed" the $CF_3$ group as early as 1972. (Williams Reply Report at ¶ 32; Fortunak Reply Report at ¶ 42.) ████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████ There is no basis for Drs. Williams' and Fortunak's assumption that Lilly started with fluoxetine and removed the $CF_3$ group in 1972.

39.     In their opening reports, Drs. Williams and Fortunak opine that a skilled artisan would remove the trifluoromethylphenoxy from fluoxetine (an opinion with which I disagree (see Nichols Rebuttal Report at ¶¶ 95-102)) and replace it with α-naphthyloxy because of the α-napthyloxy's alleged improved ability to inhibit the reuptake of norepinephrine. (Williams Opening Report at ¶ 154; Fortunak Opening Report at ¶ 167.)[8] Dr. Williams goes so far as to

---

[8] It should be emphasized that their selection is based on a comparison of the $N,N$-dimethyl analog of fluoxetine and there is no evidence that the properties they compare would apply equally to fluoxetine, which is an $N$-monomethyl compound.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

state that in fact the aryloxy group would be "fixed" as naphthyloxy because investigation of the phenoxy analogs had been exhausted. (Williams Opening Report at ¶ 120.) I disagree. Based on their opinion, I identified fourteen other substitutions from Molloy '895 that exhibited norepinephrine reuptake inhibition activity better than the α-naphthyloxy. Drs. Williams and Fortunak have completely misconstrued the entire purpose of my selection of these potential modifications. (Williams Reply Report at ¶ 34; Fortunak Reply Report at ¶ 44.) Indeed, as I stated in my rebuttal report, if one were looking to select a lead compound in the hope of obtaining a dual serotonin and norepinephrine reuptake inhibitor (a premise with which I do not agree), one would select the leads I identified in ¶ 62. (Nichols Rebuttal Report at ¶ 62.) Moreover, there is simply no reason to fixate on the α-naphthyloxy substituent, other than its presence in duloxetine. Further, none of the references cited by Drs. Williams and Fortunak indicate that an α-naphthyloxy group would be a preferred modification to fluoxetine.

40.     I note that in paragraphs 36 and 46, respectively, Drs. Williams and Fortunak make the same misstatements regarding my rebuttal report that I addressed above in paragraph 32. Drs. Williams and Fortunak state I "agree[] therefore that phenyl and thienyl groups are bioisosteric on the Molloy 3-aryloxypropylamine core structure." (Williams Reply Report at ¶ 36; Fortunak Reply Report at ¶ 46.) That is not correct. I do not agree that there was sufficient evidence in 1986 for a skilled artisan to conclude that "phenyl and thienyl groups are bioisosteric on the Molloy 3-aryloxypropylamine core structure" because there were no data available at that time showing the effect such a substitution would have on the resulting biological properties. Because the effect of making such modifications is unpredictable, biological testing is required before a skilled artisan could conclude that the groups would be bioisosteric in a particular chemical structure.

*Confidential - Subject to the Protective Order*

**Exhibit 6**

41.     Dr. Williams attempts to compare biological data for Compound A to duloxetine to support his conclusion that the replacement of the 3-phenyl group with a thienyl group "would be expected to result in a compound with the same general pharmacological properties." (Williams Reply Report at ¶ 37.) As of 1986, however, the biological data relied on by Dr. Williams were unknown, and thus a skilled artisan would be unaware of the exact effect such a modification would have on the compound.

42.     Dr. Williams next cites to research done at Lilly on clozapine analogs to support that researchers commonly substituted thienyl groups for phenyls. (Williams Reply Report at ¶¶ 39-41.) The structure of clozapine is vastly different from the Molloy core structure and does not support the inference that thienyl and phenyl are interchangeable in the Molloy core structure. It is difficult to predict what effect a potential bioisosteric change may have within a specific class of molecules. (*See* Martin-Smith 1959 at 526-27 ("An interesting fact is provided by the variation in the activity of the thiophen isosteres as compared to the activity of the parent compounds on which they were modeled, giving a good illustration of the difficulty in predicting the exact changes in biological activity to be expected in the modification of the molecules of the therapeutic agents.").) Given that difficulty, one cannot extrapolate observations from one class of compounds to unrelated classes of compounds as Dr. Williams attempts to do.

43.     Further, Dr. Williams inaccurately states that U.S. Patent No. 4,115,568 discloses olanzapine. (Williams Reply Report at ¶ 40.) Nowhere in the '568 patent is the chemical structure or chemical name of olanzapine provided. In fact, the U.S. PTO found olanzapine to be separately patentable, and this compound was disclosed and claimed in U.S. Patent No. 5,229,382, which was granted in 1993, fifteen years after the '568 patent. Additionally, none of the compounds disclosed in the '568 patent were ever marketed, indicating that the thienyl

22

*Confidential – Subject to the Protective Order*

**Exhibit 6**

substitution did not guarantee a successful clozapine replacement. This fact supports my opinion that thienyl substitutions do not predictably result in compounds with similar, or superior, properties to their closest analog.

44.     Drs. Williams and Fortunak fail to address the references I cited in my rebuttal report stating that thienyl groups are *not* preferred. (*See, e.g.*, Nichols Rebuttal Report at ¶ 115.) In particular, the 2-thienyl group was thought to be more toxic than the 3-thienyl group. (*Id.* at ¶ 120.) Thus, Dr. Williams and Fortunak are willing to overlook proven negative aspects of known 2-thienyl compounds in order to support their opinion that the 2-thienyl group would replace the phenyl group in fluoxetine with a 2-thienyl group.

45.     Drs. Williams and Fortunak also disagree with my opinion that there was no motivation to remove an *N*-methyl group from Compound B. (Williams Reply Report at ¶¶ 54-62; Fortunak Reply Report at ¶ 55-63.) To support their opinion that a skilled artisan would remove an *N*-methyl group, they cite Wong et al. 1975 where Dr. Wong and his lab found that making the primary and tertiary amine analogs of fluoxetine did not affect the compounds' abilities to inhibit the reuptake of serotonin. (Williams Reply Report at ¶ 61; Fortunak Reply Report at ¶ 62.) I fail to understand how the fact that removing or adding an *N*-methyl group on fluoxetine, which resulted in no change in activity, would support removing an *N*-methyl group on Compound B. If anything, in my opinion, that would indicate to a skilled artisan that removing an *N*-methyl group would be unproductive in that it would not produce any benefit. Indeed, as stated in my rebuttal report, based on the data in tables 1 and 2 of the Molloy '895 patent, the effect on the resulting biological activity of removing an *N*-methyl group from the compounds in Table 1 was unpredictable. (Nichols Rebuttal Report at ¶¶ 137-138.) Thus, there is no motivation to make this modification as opposed to any of the numerous other changes I

*Confidential - Subject to the Protective Order*

**Exhibit 6**

previously discussed. (*See* Nichols Rebuttal Report at ¶¶ 108-110.)

**V.    Disclosure of How to Prepare the (+) Enantiomer**

46.    Dr. Fortunak states that "the '269 patent is not enabled . . . based on the fact that multiple possibilities are possible to prepare optically active compounds." (Fortunak Reply Report at ¶ 161.) My understanding of enablement from Lilly's attorneys is that a patent specification needs to teach one of ordinary skill in the art how to make and use the claimed invention. In this regard, the '269 patent teaches the use of resolving agents to separate the racemic mixture to obtain enantiomers. ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

47.    Further, Dr. Fortunak identifies nine separate options for preparing optically active precursors. That proves the point that a person of ordinary skill in the art in 1986 would be aware of multiple ways to prepare these precursors. (Fortunak Reply Report at ¶ 162.) A skilled artisan would readily understand that any of these methods could be used to synthesize the (+) enantiomer, and such experimentation would be routine and well within the skill set of a medicinal chemist in 1986. Dr. Fortunak does not suggest otherwise.

48.    ████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

███████████I disagree that the Pirkle procedure would not have been routine to a person of ordinary skill in the art in 1986. As stated in my rebuttal report, this procedure was published in 1979. In the 1980s, I was aware of Pirkle's work.

49.    Finally, Dr. Fortunak ignores the fact that Wockhardt itself has acknowledged in

24

**Exhibit 6**

its own patent applications that the '269 patent enables the preparation of duloxetine.  In my opinion, the disclosure of the '269 patent is enabling because of the variety of methods available and known to a skilled artisan in 1986, including the method appearing in the '269 patent, to isolate the (+) enantiomer and supported by Wockhardt's own admission that the disclosure is enabling.

Dated: JAN 31 2011

David E. Nichols, Ph.D

*Confidential – Subject to the Protective Order*

**Exhibit 6**

## Materials Considered

1. References cited in my rebuttal report

2. References cited in Dr. Fortunak's reply report

3. References cited in Dr. Williams' reply report

4. Malick, "Potentiation of Yohimbine-Induced Lethality in Mice," *Drug Dev. Res.*, vol. 3, pp. 357-363 (1983)

5. February 20, 1984 memo by Dr. Wong                    CY0000613462-474

6. Dackis and Gold, "New concepts in cocaine addiction: the dopamine depletion hypothesis," *Neurosci. Biobehav. Rev.* vol. 9, pp. 469-477 (1985)

**Exhibit 6**